# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00512-CV

**In re Paul West Kimmell**

ORIGINAL PROCEEDING FROM LLANO COUNTY

## M E M O R A N D U M   O P I N I O N

Paul West Kimmell has filed a petition requesting that this Court issue a writ of mandamus. We deny the petition.

Jeff Rose, Justice

Before Justices Puryear, Rose, and Goodwin

Filed: August 9, 2013